**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21-cr-00532-SEP (SRW) |
| | ) | |
| CHRISTOPHER LEE CARROLL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Stephen R. Welby (Doc. [54]) regarding Defendant Christopher Lee Carroll's Motion for Disclosure of Certain Testimony and Legal Instructions Provided to the Grand Jury (Doc. [36]).  Pursuant to 28 U.S.C. § 636(b), the Motion was referred to United States Magistrate Judge Welby, who filed an R&R on January 4, 2022, recommending that the Motion be denied.  No party has filed objections or otherwise responded to the R&R; therefore, this Court reviews for clear error.  *See Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having identified no clear error in the findings of the Magistrate Judge, the Court adopts the R&R without modification.

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Stephen R. Welby (Doc. [54]), filed January 4, 2022, be and hereby is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion for Disclosure of Certain Testimony and Legal Instructions Provided to the Grand Jury (Doc. [36]) is **DENIED**.

Dated this 8th day of February, 2022.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE