UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:21-cr-00532-SEP |
| CHRISTOPHER LEE CARROLL, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court is Defendants' Motion for Production Pursuant to Subpoena to Enterprise Bank to be Made before Trial, Doc. [296]. Under Federal Rule of Criminal Procedure 17(c)(1), the Court "may order [a] witness to produce any books, papers, documents, data, or other objects the subpoena designates" and "may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence." Defendants seek such an order requiring Enterprise Bank to produce documents related to three of Defendants' loans. The motion is granted. *See United States v. Nixon*, 418 U.S. 683, 699-700 (1974). The Court finds that that information is relevant. Defendants have made a sufficient showing that they are unable to procure all the requested materials in advance of trial. *See* Doc. [303] at 2. Production of the requested documents before trial will allow Defendants to prepare for trial and avoid delays, and the Court finds that the request is made in good faith and not as a "fishing expedition." *See Nixon*, 418 U.S. at 700.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Production Pursuant to Subpoena to Enterprise Bank to be Made before Trial, Doc. [296], is GRANTED.

**IT IS FURTHER ORDERED** that the Enterprise Bank must provide the responsive documents to the Court by 5:00 p.m. on Friday, August 16, 2024.

**IT IS FINALLY ORDERED** The parties may inspect the documents on Monday, August 19, 2024. The Court will discuss the details on the inspection with the parties at the pretrial conference on August 15, 2024.

Dated this 14th day of August, 2024.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE