UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:21-CR-532 SEP |
| CHRISTOPHER LEE CARROLL, et al | ) |
| Defendants. | ) |

**UNITED STATES OF AMERICA's MOTION TO DISMISS COUNTS
OF SUPERSEDING INDICTMENT**

COMES NOW, the United States of America, through Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Gwendolyn E. Carroll and Kyle T. Bateman, Assistant United States Attorneys for said District, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, seeks this Court's leave to dismiss without prejudice the following counts in the Superseding Indictment (Doc. 162): Counts 19, 23, 25, 32 and 34.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Kyle T. Bateman*
Kyle T. Bateman #DC996646
Gwendolyn Carroll #NY4657003
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 23, 2024, the foregoing was filed electronically and served upon all counsel of record by operation of the court's electronic filing system.

                                        */s/ Kyle T. Bateman*
                                        Kyle T. Bateman, #DC996646
                                        Assistant United States Attorney