**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:21-cr-00532-SEP |
| ) | |
| CHRISTOPHER CARROLL, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

  Before the Court is LouAnn Reed's Motion to Intervene in Garnishment Proceedings, Doc. [535]. Federal Rule of Civil Procedure 24(a) permits intervention as of right to any party who "claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest." Fed. R. Civ. P. 24(a)(2). Rule 24(b) allows for permissive intervention for any individual who "has a claim or defense that shares with the main action as a common question of law or fact." Mrs. Reed alleges that she holds an interest in the spousal trust against which garnishment is sought and thus satisfies both Rule 24(a) and 24(b)'s requirements as to that issue. The Government does not contest that claim or oppose intervention.

  Accordingly,

  **IT IS HEREBY ORDERED** that LouAnn Reed's Motion to Intervene in Garnishment Proceedings, Doc. [535], is **GRANTED**.

  Dated this 18th day of November, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE